1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

10

| | |
|---|---|
| PEOPLES BANK, a Washington State chartered bank, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| NORCOASTER, Official Number 563617, Her engines, tackle, apparel, furniture, equipment, and appurtenances including certain fishing permits and quotas, *In Rem*; LLP PERMIT #LLG1188, *In Rem*; LLP PERMIT #LLG1189, *In Rem*; SHIPP, LLC, *In Personam*; BILL (BILLY) SHIPP JR. and J DOE SHIPP, and their marital community, *In Personam*; RALPH COLLINS and J DOE COLLINS, and their marital community, *In Personam*; and ANDREW N. BAKKE and J DOE BAKKE and their marital community, *In Personam*, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

IN ADMIRALTY

NO.

COMPLAINT TO FORECLOSE
PREFERRED MARINE MORTGAGE
*IN REM* AND *IN PERSONAM*

24      Plaintiff Peoples Bank is the lender and *in personam* Defendants are

25  co-borrowers on a Preferred Marine Mortgage for Defendant vessel NORCOASTER,

Complaint to Foreclose Preferred Marine Mortgage
In Rem and In Personam - 1

*Skagit Law Group, PLLC*
Post Office Box 336 / 227 Freeway Drive, Suite B
Mount Vernon, Washington 98273
Telephone: 360.336.1000 • Facsimile: 360.336.6690

Official Number 563617.  The Mortgage is now in default.

1.      Plaintiff Peoples Bank, a Washington State chartered bank, alleges that this is a matter of admiralty and maritime jurisdiction, as more fully appears below. This is an admiralty and maritime claim within the meaning of Rule 9(h).  This Court has original and exclusive jurisdiction over this action in admiralty, *in rem* and *in personam*, in accordance with the provisions of 46 U.S.C. § 31325(c).

2.      Plaintiff Peoples Bank is a Washington State chartered bank with its principal place of business in Lynden, Whatcom County, Washington.  All licenses, penalties and fees due have been paid.

3.      The *in rem* Defendant vessel, NORCOASTER, Official Number 563617, at times relevant was a vessel duly documented under the laws of the United States.  The vessel is co-owned by the *in personam* defendants Shipp, LLC, Bill (Billy) Shipp, Jr. and J Doe Shipp, Ralph Collins and J Doe Collins, and Andrew N. Bakke and J Doe Bakke.  The boat is required by the terms of the loan documents to be docked or located at Fisherman's Terminal, 3919 18th Ave W Seattle, WA 98119, which is within this district and within the jurisdiction of this Court and the boat is or, during the pendency of this action, will be within the jurisdiction of this Court.

4.      The *in rem* Defendant LLP PERMIT #LLG1188 is a License Limitation Program Permit issued for Central Gulf and Western Gulf of Alaska Pacific Cod LLP for vessel up to 74 feet in length that is an appurtenance to the NORCOASTER.  LLP PERMIT #LLG1188 is encumbered by the security interests granted by Shipp, LLC to Plaintiff Peoples Bank as detailed below.

5.      The *in rem* Defendant LLP PERMIT #LLG1189 is a License Limitation Program Permit issued for Central Gulf and Western Gulf of Alaska Pacific Cod LLP for vessel up to 74 feet in length that is an appurtenance to the NORCOASTER.  LLP PERMIT

**Skagit Law Group, PLLC**
Post Office Box 336 / 227 Freeway Drive, Suite B
Mount Vernon, Washington 98273
Telephone: 360.336.1000  •  Facsimile: 360.336.6690

1    #LLG1189 is encumbered by the security interests granted by Shipp, LLC to Plaintiff Peoples

2    Bank as detailed below.

3        6.      *In personam* Defendant Shipp, LLC, is a Washington State limited liability

4    company, actively doing business in the State of Washington under UBI Number 602 230 264,

5    at all times relevant.

6        7.      *In personam* Defendant Bill (Billy) Shipp, Jr. is the Governor/Manager of Shipp,

7    LLC, part owner of *in rem* Defendant vessel NORCOASTER, Official Number 563617, and at

8    times relevant, and on information and belief, is a resident of Seattle, King County,

9    Washington.  All acts alleged to be done by Defendant Bill Shipp, Jr., as described in this

10   Complaint, were undertaken on his own behalf as well as on behalf of the marital community

11   together with Defendant J Doe Shipp who is also a resident of Seattle, King County,

12   Washington, on information and belief.

13       8.      *In personam* Defendants Ralph Collins and J Doe Collins are part owners of

14   vessel NORCOASTER, Official Number 563617, and, at times relevant, and on information

15   and belief, are residents of Benton County, Washington.  All acts alleged to be done by

16   Defendant Ralph Collins as described in this Complaint were undertaken on his own behalf as

17   well as on behalf of the marital community together with Defendant J Doe Collins.

18       9.      *In personam* Defendants Andrew Bakke and J Doe Bakke are part owners of

19   vessel NORCOASTER, Official Number 563617, and, at times relevant, and on information

20   and belief, were residents of Homer, Kenai Peninsula Borough, Alaska. All acts alleged to be

21   done by Defendant Andrew Bakke as described in this Complaint were undertaken on his own

22   behalf as well as on behalf of the marital community together with Defendant J Doe Bakke.

23       10.     On or about December 10, 2015, for valuable consideration, *in personam*

24   Defendant Shipp LLC made, executed, and delivered a promissory note (the "Note") to Peoples

25   Bank.  The Note, which was in the original amount of $1,200,000.00, together with interest

Complaint to Foreclose Preferred Marine Mortgage
*In Rem* and *In Personam* - 3

**Skagit Law Group, PLLC**
Post Office Box 336 / 227 Freeway Drive, Suite B
Mount Vernon, Washington 98273
Telephone: 360.336.1000 • Facsimile: 360.336.6690

1  calculated on the unpaid principal balance at an interest rate of five percent (5%) per annum,

2  provided for four (4) regular payments of $116.264.29 each beginning December 15, 2016, and

3  subsequent payment due the same day of each year after that.  The final payment consisting of

4  one irregular payment estimated at $1,010,900.42 was to be due on December 15, 2020, for

5  principal and accrued interest not yet paid.  A copy of the Note is attached as **Exhibit A** and

6  incorporated by this reference.  *In personam* defendant Billy Shipp, Jr. provided a personal

7  guaranty of the Note, *see* **Exhibit B**.

8       11.   The Note was secured by a Washington State Security Agreement and an Alaska

9  State Security Agreement from Shipp, LLC, to Peoples Bank dated December 10, 2015 (UCC

10  filing numbers 2016-022-2490-4 and 2016-001023-4) and a Washington State Security

11  Agreement and an Alaska State Security Agreement from Billy Shipp to Peoples Bank dated

12  December 10, 2015, (UCC filing numbers 2016-021-2404-4 and 2016-000999-0) which

13  attached fishing permits and quotas as fully described in the foregoing and in the Commercial

14  Security Agreement (collectively, the "Security Agreement"), copies of which are attached as

15  **Exhibit C** and incorporated by this reference. The Note was also secured by the Preferred

16  Marine Mortgage detailed in paragraph 12 below and attached as **Exhibit D.**

17       12.   On or about December 22, 2015, in order to secure payment under the terms of

18  the Note, *in personam* Defendants Shipp LLC, Billy Shipp, Jr., Ralph Collins, and Andrew N.

19  Bakke, in accordance with and pursuant to the provisions of the Ship Mortgage Act of 1920 as

20  amended, made, executed and delivered a Preferred Marine Mortgage on the defendant vessel,

21  NORCOASTER, Official Number 563617 (the "Mortgage"), to Peoples Bank as mortgagee.

22  At that time, all things required to be done in order to give the Mortgage the status of a

23  preferred mortgage were done.  The Mortgage was recorded by the U.S. Coast Guard National

24  Vessel Documentation Center on March 27, 2016, Batch No. 34785900, Doc ID 3.  A copy of

25  the Mortgage is attached as **Exhibit D** and incorporated by this reference.

Complaint to Foreclose Preferred Marine Mortgage
*In Rem* and *In Personam* - 4

**Skagit Law Group, PLLC**
Post Office Box 336 / 227 Freeway Drive, Suite B
Mount Vernon, Washington 98273
Telephone: 360.336.1000 • Facsimile: 360.336.6690

13.     On or about November 30, 2016, for valuable consideration, *in personam* Defendant Shipp LLC, and Billy Shipp, Jr., made, executed, and delivered a promissory note for a revolving line of credit (the "Revolving Note") to Peoples Bank.  The Revolving Note, which was in the original amount of $100,000.00, together with interest calculated on the unpaid principal balance at a variable interest rate, was to be paid in full upon Lender's demand or, if no demand was made, in one payment of all outstanding principal and accrued interest on November 30, 2018. *In personam* defendant Billy Shipp, Jr. provided a personal guaranty of the Revolving Note. A copy of the Revolving Note is attached as **Exhibit E** and incorporated by this reference.

14.     The Revolving Note was secured by a Washington State Security Agreement and an Alaska State Security Agreement from Shipp, LLC, to Peoples Bank dated December 10, 2015, and a Washington State Security Agreement and an Alaska State Security Agreement from Billy Shipp to Peoples Bank dated December 10, 2015, which attached fishing quotas as fully described in **Exhibit C** and supplemented by the attached **Exhibit F** incorporated by this reference.  The Revolving Note was also secured by the Preferred Marine Mortgage detailed in paragraph 12 above, *see* **Exhibit D**.

15.     On or about February 14, 2018, *in personam* Defendants Shipp LLC, Billy Shipp, Jr., Ralph Collins, and Andrew N. Bakke, made, executed and delivered an Amendment to Preferred Mortgage of Vessel on the *in rem* Defendant vessel, NORCOASTER, Official Number 563617 (the "Amendment"), to Peoples Bank as mortgagee.  The Amendment increased the Mortgage amount to $1,282,056.89 and provided that all other terms covenants and conditions of the subject Preferred Marine Mortgage remained in full force and effect. The Amendment was recorded by the U.S. Coast Guard National Vessel Documentation Center on June 21, 2018, Batch No. 54217300, Doc ID 17.  A copy of the Amendment is attached as **Exhibit G** and incorporated by this reference.

Complaint to Foreclose Preferred Marine Mortgage
*In Rem* and *In Personam* - 5

**Skagit Law Group, PLLC**
Post Office Box 336 / 227 Freeway Drive, Suite B
Mount Vernon, Washington 98273
Telephone: 360.336.1000 • Facsimile: 360.336.6690

16.     On or about February 15, 2018, the original Note attached to the existing Preferred Marine Mortgage was amended and supplemented by a Change of Terms Agreement ("Agreement").  Under the terms of the Agreement, the principal amount was increased to $1,282,056.89, together with interest at the rate of five percent (5%) accruing from December 15, 2017, until fully paid.  The loan was to be amortized over a period of 13 years with a balloon payment owing on the maturity date of December 15, 2020. A copy of the Agreement is attached as **Exhibit H** and incorporated by this reference.

17.     The Change In Terms Agreement was secured by a Washington State Security Agreement and an Alaska State Security Agreement from Shipp, LLC, to Peoples Bank dated December 10, 2015, on fishing quotas and permits, and a Washington State Security Agreement and an Alaska State Security Agreement from Billy Shipp to Peoples Bank dated December 10, 2015, on fishing quotas and permits.  The Agreement was also secured by the Preferred Marine Mortgage detailed in paragraph 12 above, amended as detailed in paragraph 15 above.  (*See* **Exhibits C, D, F,** and **G.**)

18.     On or about December 15, 2018, for valuable consideration, *in personam* Defendant Shipp LLC, ("Borrower") made, executed, and delivered a Change In Terms Agreement ("Revolving Agreement") for a revolving line of credit to Peoples Bank.  The Revolving Agreement replaced the Revolving Note (detailed at paragraph 11 above) which was in the original amount of $100,000.00.  The Revolving Agreement was in the amount of $100,260.41 which included the unpaid principal of $100,000 and accrued interest of $260.41. Borrower made a principal reduction in the amount of $25,000 at the time of signing.  The interest rate remained variable rate and the loan maturity date was extended to December 15, 2019, with one payment of all outstanding principal and accrued interest on to be made on December 15, 2019.  A copy of the Revolving Agreement is attached as **Exhibit I** and incorporated by this reference.

Complaint to Foreclose Preferred Marine Mortgage
*In Rem* and *In Personam* - 6

**Skagit Law Group, PLLC**
Post Office Box 336 / 227 Freeway Drive, Suite B
Mount Vernon, Washington 98273
Telephone: 360.336.1000 • Facsimile: 360.336.6690

19.     The Revolving Agreement was secured by a Washington State Security Agreement and Alaska State Security Agreement from Shipp, LLC, to Peoples Bank dated December 10, 2015, on fishing quotas and permits (UCC filing numbers 2016-022-2490-4 and 2016-001023-4) and by restated collateral on the same; by a Washington State Security Agreement and an Alaska State Security Agreement from Billy Shipp to Peoples Bank dated December 10, 2015, on fishing quotas and permits (UCC filing numbers 2016-021-2404-4 AND 2016-000999-0) and by restated collateral on the same; and by the Preferred Marine Mortgage detailed in paragraph 12 above, amended as detailed in paragraph 15 above. (*See* **Exhibits C, D, F, G.**)

20.     On or about December 15, 2018, Defendants Shipp, LLC, and Billy Shipp, Jr. as an individual grantor, and Plaintiff/lender Peoples Bank entered into an Addendum to Commercial Security Agreement Dated December 10, 2015 ("Addendum") which amended and supplemented the Security Agreement (detailed in paragraph 9 above), attaching LLP PERMIT #LLG1189 as additional collateral on behalf of Shipp, LLC, and fishing quotas as additional collateral on behalf of Billy Shipp, Jr.  Copies of the Addendum are attached hereto as **Exhibit J** and incorporated by this reference.

21.     The defendants breached the terms of the Notes and of the Mortgage in that they failed to timely make payments, as required and have failed to pay the Notes in full on their maturity dates.

22.     In spite of demands, the defendants have failed to cure these defaults and have allowed them to continue.

23.     Because of these defaults, as provided for in the Note, plaintiff has elected to declare the entire unpaid principal plus all accrued and unpaid interest due.  As of January 14, 2022, there was a total of $795,026.34 in unpaid principal, interest and charges due and owing on the loan.  At the default rate of interest of 12% per annum, interest on the entire amount due

Complaint to Foreclose Preferred Marine Mortgage
*In Rem* and *In Personam* - 7

**Skagit Law Group, PLLC**
Post Office Box 336 / 227 Freeway Drive, Suite B
Mount Vernon, Washington 98273
Telephone: 360.336.1000 • Facsimile: 360.336.6690

accrues at $215.5641567 per day.  Interest and charges are continuing to accrue and now costs have begun to accrue.

24.      Because of these defaults, as provided for in the Revolving Note, plaintiff has elected to declare the entire unpaid principal plus all accrued and unpaid interest due.  As of January 14 2022, there was a total of $82,326.56 in unpaid principal, interest and charges due and owing on the loan.  At the default rate of interest of 12% per annum, interest on the entire amount due accrues at $25.00 per day.  Interest and charges are continuing to accrue and now costs have begun to accrue.

25.      The Notes also provide that borrower has agreed to pay all expenses, including attorneys' fees, legal expenses and court costs, incurred by Lender for collecting any amounts owned on the Notes and that, if judgment is entered in connection with the loan(s), interest will continue to accrue after the date of judgment at the rate in effect at the time judgment is entered.

26.      Reasonable attorneys' fees in the case of default are $15,000.00. If this matter is contested or if any related action, e.g., bankruptcy, requires representation, additional fees and costs will be incurred,

WHEREFORE, plaintiff Peoples Bank prays for judgment as follows:

1.      That plaintiff Peoples Bank be granted judgment against the defendant vessel, NORCOASTER, Official Number 563617, her engines, tackle, apparel, furniture, equipment, and appurtenances including the fishing permits and quotas identified above, *in rem*, and against defendants LLP PERMIT #LLG1188, *in rem;* LLP PERMIT #LLG1189, *in rem;* and against defendants SHIPP, LLC, *in personam*; BILL (BILLY) SHIPP JR. and J DOE SHIPP, and their marital community, *in personam*; RALPH COLLINS and J DOE COLLINS, and their marital community,, *in personam;* and ANDREW N. BAKKE and J DOE BAKKE and their marital community, *in personam*, jointly and severally, to the extent that they are liable under

**Skagit Law Group, PLLC**
Post Office Box 336 / 227 Freeway Drive, Suite B
Mount Vernon, Washington 98273
Telephone: 360.336.1000  •  Facsimile: 360.336.6690

the Note, the Revolving Note and/or the Preferred Marine Mortgage, for the following amounts:

a. $795,026.34 together with prejudgment interest from January 14, 2022, at the rate of $215.5641567 per day; and

b. $82,326.56 together with prejudgment interest from January 14, 2022, at the rate of $25.00 per day; and

c. Post judgment interest, at the default rate provided in the loans, from the date of entry of judgment until paid; and

d. All costs of this action, including charges for all fees for keepers and their costs incurred in this action and for all attorneys' fees, costs and expenses for the arrest, recovery, transport, custody, moorage, insurance, survey, maintenance, repair, replacement, care and sale of the defendant vessel, her engines, tackle, apparel, furniture, appurtenances and equipment; and

e. Reasonable attorneys' fees.

2. That plaintiff be adjudged the holder of the first preferred marine mortgage on the NORCOASTER, Official Number 563617, for the payment of the judgment *in rem*. That plaintiff be adjudged the holder of a first position security interests in all *in rem* defendants.

3. That process is due in form of law issue against the defendant vessel and *in rem* defendants.

4. That this Court declare the lien of the Mortgage to be superior to all other liens which may exist against the vessel. That this Court declare the security interests granted to plaintiff to be superior to all other liens, interests and security interests which may exist against the *in rem* defendants.

5. That the Mortgage be foreclosed and the plaintiff's other security interests be foreclosed and the defendant vessel, NORCOASTER, Official Number 563617, her engines,

Complaint to Foreclose Preferred Marine Mortgage
*In Rem* and *In Personam* - 9

**Skagit Law Group, PLLC**
Post Office Box 336 / 227 Freeway Drive, Suite B
Mount Vernon, Washington 98273
Telephone: 360.336.1000 • Facsimile: 360.336.6690

tackle, apparel, furniture, equipment, and appurtenances including certain fishing permits and quotas and other *in rem* assets be sold in accordance with the law, that the proceeds of the sale(s) be applied and delivered to pay the demands and claims of plaintiff in the amount and to the extent set forth herein, together with all costs and attorneys' fees, and that it be declared that any and all persons, firms, and corporations claiming any interest in the defendant vessel or the other *in rem* defendants, be forever foreclosed of and from all rights of equity or redemption of claim in or to the defendant vessel and other *in rem* defendants.

6.    That, at the sale of NORCOASTER, Official Number 563617, her engines, tackle, apparel, furniture, equipment, and appurtenances including certain fishing permits and quotas, and sale of LLP PERMIT #LLG1188 and LLP PERMIT #LLG1189, plaintiff be permitted, but not required, to bid without cash deposit up to the extent of its judgment.

7.    That plaintiff have and recover jointly and severally from and against defendants SHIPP, LLC, *in personam*; BILL (BILLY) SHIPP JR. and J DOE SHIPP, and their marital community*, in personam*; and to the extent, if any, that they are liable under the Note, the Revolving Note and/or the Preferred Marine Mortgage, jointly and severally against RALPH COLLINS and J DOE COLLINS, and their marital community, *in personam;* and ANDREW N. BAKKE and J DOE BAKKE and their marital community, *in personam.*, any deficiency after the application and delivery of the proceeds of sale of the defendant vessel, her engines, equipment, etc. and *in rem* assets, on the judgment requested herein, net of all attorneys' fees, costs and expenses for the arrest, recovery, transport, custody, moorage, insurance, survey, maintenance, repair, replacement, care and sale of the defendant vessel, her engines, tackle, apparel, furniture, appurtenances and equipment.

8.    That, in the event the defendant vessel and *in rem* assets are sold to any party other than plaintiff, the amount received by plaintiff from the sale(s) be credited against the *in personam* judgment granted herein but that, in the event plaintiff is the successful bidder, the

Complaint to Foreclose Preferred Marine Mortgage
*In Rem* and *In Personam* - 10

**Skagit Law Group, PLLC**
Post Office Box 336 / 227 Freeway Drive, Suite B
Mount Vernon, Washington 98273
Telephone: 360.336.1000 • Facsimile: 360.336.6690

amount credited against the *in personam* judgments be the proceeds of the subsequent sale(s) of the defendant vessel and *in rem* assets, net of all attorneys' fees, costs and expenses for the arrest, recovery, transport, custody, moorage, insurance, survey, maintenance, repair, replacement, care and sale of the defendant vessel, her engines, tackle, apparel, furniture, appurtenances and equipment and other *in rem* assets.

        9.      That plaintiff have such other and further relief in the premises and in law and justice as it may be entitled to receive.

DATED this ___3___ day of February, 2022.

SKAGIT LAW GROUP, PLLC

By_____
CRAIG E. CAMMOCK, WSBA #24185
Attorneys for Plaintiff

STATE OF WASHINGTON
COUNTY OF WHATCOM

Ivan Dochovski, being first duly sworn on oath, deposes and says:

I am Vice President, Credit Risk Manager, of Peoples Bank, plaintiff herein.  I have read the above and foregoing Complaint, know the contents thereof, and believe the same to be true.

DATED this __3rd__ day of February, 2022.

_____
IVAN DOCHOVSKI

SUBSCRIBED AND SWORN to before me this __3__ day of February, 2022, by Ivan Dochovski.

_____
NOTARY PUBLIC in and for the State of Washington
Printed Name: Tanner Bass
My appointment expires Nov 10, 2024

NOTARY PUBLIC
STATE OF WASHINGTON
TANNER BASS
License # 21001216
Commission Expires
November 10, 2024

Complaint to Foreclose Preferred Marine Mortgage
*In Rem* and *In Personam* - 11

*Skagit Law Group, PLLC*
Post Office Box 336 / 227 Freeway Drive, Suite B
Mount Vernon, Washington 98273
Telephone: 360.336.1000 • Facsimile: 360.336.6690