1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

10

| | |
|---|---|
| PEOPLES BANK, a Washington State chartered bank, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| NORCOASTER, Official Number 563617, Her engines, tackle, apparel, furniture, equipment, and appurtenances including certain fishing permits and quotas, *In Rem*; LLP PERMIT #LLG1188, *In Rem*; LLP PERMIT #LLG1189, *In Rem*; SHIPP, LLC, *In Personam*; BILL (BILLY) SHIPP JR. and J DOE SHIPP, and their marital community, *In Personam*; RALPH COLLINS and J DOE COLLINS, and their marital community, *In Personam*; and ANDREW N. BAKKE and J DOE BAKKE and their marital community, *In Personam*, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

IN ADMIRALTY

NO. 2:22-cv-00127- RAJ

[Proposed]
ORDER APPOINTING
MARINE LENDERS SERVICES, LLC
SUBSTITUTE CUSTODIAN
AND AUTHORIZING MOVEMENT
OF VESSEL

23  TO THE HONORABLE, THE JUDGES OF THE UNITED STATES DISTRICT

24  COURT FOR THE WESTERN DISTRICT OF WASHINGTON:

25      Plaintiff, Peoples Bank, by and through its attorney of record, having made

ORDER APPOINTING MARINE LENDERS
SERVICES, LLC SUBSTITUTE CUSTODIAN AND
AUTHORIZING MOVEMENT OF VESSEL - 1

**Skagit Law Group, PLLC**
Post Office Box 336 / 227 Freeway Drive, Suite B
Mount Vernon, Washington 98273
Telephone: 360.336.1000  •  Facsimile: 360.336.6690

1  appearance and made the following recitals:

2      1.      On February 4th, 2022, the Complaint was filed praying that the vessel

3  NORCOASTER, Official Number 563617, Her engines, tackle, apparel, furniture, equipment,

4  and appurtenances including certain fishing permits and quotas, be condemned and sold to pay

5  Plaintiff's claims for other proper relief.

6      2.      In the immediate future, the Clerk of this Court is expected to issue a

7  Warrant for Arrest commanding the United States Marshal for this District to arrest and

8  take the defendant vessel into custody and to detain the vessel in custody until further

9  order of this Court.

10     3.      It is contemplated that the United States Marshal will seize the defendant

11 vessel and her appurtenances forthwith.  Custody by the U.S. Marshal requires the

12 services of one or more keepers at charges substantially in excess of those to be made

13 by the substitute custodian alone, not including charges for moorage, storage, and the

14 other services usually associated with safekeeping vessels similar to the defendant

15 vessel.

16     4.      It is believed that the defendant vessel is currently moored in Seattle,

17 Washington. Following arrest of the defendant vessel, Plaintiff is agreeable to allowing

18 Marine Lenders Services, LLC ("MLS"), through its Managing Member, Buck Fowler,

19 Jr., to assume the responsibility of safekeeping said vessel, to act as her custodian until

20 further order of this Court, and to move the vessel and her appurtenances from their

21 current location to a suitable marine facility at MLS, if necessary.

22     5.      Buck Fowler, Jr., Managing Member of MLS, by declaration appended

23 hereto and made a part hereof, avers that neither he nor MLS has any interest in the

24 outcome of this lawsuit, and that he can arrange for adequate storage and supervision

25 for the proper safekeeping of the vessel and her appurtenances in her current location or

ORDER APPOINTING MARINE LENDERS
SERVICES, LLC SUBSTITUTE CUSTODIAN AND
AUTHORIZING MOVEMENT OF VESSEL - 2

*Skagit Law Group, PLLC*
Post Office Box 336 / 227 Freeway Drive, Suite B
Mount Vernon, Washington 98273
Telephone: 360.336.1000  •  Facsimile: 360.336.6690

1  elsewhere, and that he has obtained liability insurance with policy limits of not less than

2  $2,000,000.00 which is expected to be adequate to respond to damages for loss or injury

3  to the defendant vessel or for damages sustained by third parties due to any acts, faults

4  or negligence of said Substitute Custodian. Further, in his declaration Buck Fowler,

5  Jr., on behalf of MLS agrees to accept custody of the defendant vessel and its engines,

6  tackle, apparel, furniture, equipment, and appurtenances, which are the subject of the

7  action herein, in accordance with the terms of this Order.

8        6.      In consideration of the U.S. Marshal's consent to the appointment of

9  MLS as Substitute Custodian, Plaintiff agrees to release the United States and the U.S.

10  Marshal from any and all liability and responsibility arising out of the care and custody

11  of the defendant vessel and its equipment, from the time the U.S. Marshal transfers

12  custody of the vessel over to the Substitute Custodian, and Plaintiff agrees to indemnify

13  and hold the United States and the U.S. Marshal harmless from any and all claims

14  whatsoever arising out of the Substitute Custodian's possession and safekeeping.

15        THEREFORE, IT IS ORDERED that the U.S. Marshal for the Western District

16  of Washington is authorized, upon the seizure of the vessel and engines, tackle, apparel,

17  furniture, equipment, and appurtenances pursuant to the Warrant for Arrest of said

18  defendant vessel, to surrender the custody thereof to Marine Lenders Services, LLC,

19  through it Managing Member, Buck Fowler, Jr., as Substitute Custodian, and that upon

20  such surrender the U.S. Marshal shall be discharged from all duties and responsibilities

21  for the safekeeping of said vessel and held harmless from any and all claims arising out

22  of said custodial services.

23        IT IS FURTHER ORDERED that Marine Lenders Services, LLC, is appointed

24  Substitute Custodian of the vessel and her appurtenances and shall retain the vessel in

25  its custody for possession and safekeeping until further order of this Court, and that said

ORDER APPOINTING MARINE LENDERS
SERVICES, LLC SUBSTITUTE CUSTODIAN AND
AUTHORIZING MOVEMENT OF VESSEL - 3

*Skagit Law Group, PLLC*
Post Office Box 336 / 227 Freeway Drive, Suite B
Mount Vernon, Washington 98273
Telephone: 360.336.1000 • Facsimile: 360.336.6690

1   custodian may move the vessel and her appurtenances from her current location to a

2   secure facility within the District, in such steps and phases as it may determine under

3   the circumstances. All costs for such movement shall be paid by Plaintiff, and may,

4   upon further order of this Court, be deemed administrative costs herein.

5        IT IS FURTHER ORDERED that  the duties of the Substitute Custodian shall

6   include, but are not limited to, ensuring that there is adequate, safe moorage for the

7   defendant vessel.  The Substitute Custodian is not required to have a person live on

8   board the defendant vessel, but an officer or authorized agent of the Substitute

9   Custodian shall go on board from time to time to carry out the duties of Substitute

10  Custodian.  No other person shall be allowed to enter on the defendant vessel except as

11  provided for herein or as otherwise expressly authorized by Order of this Court.

12       IT IS FURTHER ORDERED THAT the Substitute Custodian may, but is not

13  required to, retain a locksmith and a marine engineer familiar with the vessel or its

14  equipment and take them on board the vessel with authorized agents of the Substitute

15  Custodian to assist in the moving and securing of the vessel.

16       IT IS FURTHER ORDERED that the Substitute Custodian may, but is not

17  required to, remove those pieces of electronic equipment on board the vessel, if any,

18  which may be easily removed without damage to the vessel, and that such removed

19  electronic equipment shall be stored in a safe, secure storage and subsequently returned

20  to the defendant vessel or retained by the Substitute Custodian pending further order of

21  this Court.

22       IT IS FURTHER ORDERED that the Substitute Custodian may, but is not

23  required to, retain such services as are necessary to clean the interior and/or exterior of

24  the vessel, with such cleaning services to be performed under the supervision of the

25  Substitute Custodian.

ORDER APPOINTING MARINE LENDERS
SERVICES, LLC SUBSTITUTE CUSTODIAN AND
AUTHORIZING MOVEMENT OF VESSEL - 4

*Skagit Law Group, PLLC*
Post Office Box 336 / 227 Freeway Drive, Suite B
Mount Vernon, Washington 98273
Telephone: 360.336.1000  •  Facsimile: 360.336.6690

1    IT IS FURTHER ORDERED that Plaintiff shall arrange to pay charges for

2  towing and moorage of the vessel, shall pay the fees and costs of the Substitute

3  Custodian and shall reimburse the Substitute Custodian for costs incurred in securing

4  the vessel, in conducting the inventory of the equipment on board, and in removing and

5  storing the electronic equipment and having the vessel cleaned. Such costs may, upon

6  further order of this Court, be deemed administrative costs herein.

7    IT IS FURTHER ORDERED that all authorized expenses incurred by the

8  Substitute Custodian or Plaintiff, hereafter approved by the Court, for the movement

9  and safekeeping of the Defendant vessel and her engines, tackle, apparel, furniture,

10  equipment, and appurtenances, including, but not limited to, towing, securing,

11  conducting the inventory, custody of the vessel and its equipment, moorage and electric

12  shore power, insurance on the vessel, locksmith charges, marine engineer charges,

13  expenses of cleaning and securing the vessel and for storing electronic equipment, shall

14  be deemed administrative expenses of the U.S. Marshal.

15    IT IS FURTHER ORDERED that Plaintiff's attorney shall send a copy of this

16  Order to the owner of the defendant vessel by Certified Mail, Return Receipt

17  Requested, addressed to the last known address.

18    It is further requested that the Clerk of this Court deliver three certified copies of

19  this Order to the U.S. Marshal forthwith.

20    IT IS SO ORDERED this 15th day of February, 2022.

21

22

23    UNITED STATES DISTRICT JUDGE

24

25

ORDER APPOINTING MARINE LENDERS
SERVICES, LLC SUBSTITUTE CUSTODIAN AND
AUTHORIZING MOVEMENT OF VESSEL - 5

*Skagit Law Group, PLLC*
Post Office Box 336 / 227 Freeway Drive, Suite B
Mount Vernon, Washington 98273
Telephone: 360.336.1000 • Facsimile: 360.336.6690