IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PEOPLES BANK, a Washington State chartered bank,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NORCOASTER, Official Number 563617, Her engines, tackle, apparel, furniture, equipment, and appurtenances including certain fishing permits and quotas, *In Rem*; LLP PERMIT #LLG1188, *In Rem*; LLP PERMIT #LLG1189, *In Rem*; SHIPP, LLC, *In Personam*; BILL (BILLY) SHIPP JR. and J DOE SHIPP, and their marital community, *In Personam*; RALPH COLLINS and J DOE COLLINS, and their marital community, *In Personam*; and ANDREW N. BAKKE and J DOE BAKKE and their marital community, *In Personam*,<br><br>　　　　Defendants. | IN ADMIRALTY<br><br>NO. 2:22-cv-00127-RAJ<br><br>[Proposed] ORDER AUTHORIZING CLERK TO ISSUE A WARRANT FOR ARREST PURSUANT TO SUPPLEMENTAL RULE C |

This matter having come on upon the amended motion of Plaintiff pursuant to Supplemental Rule for Admiralty and Maritime Claims and Asset Forfeiture Actions

ORDER AUTHORIZING CLERK TO ISSUE A
WARRANT FOR ARREST PURSUANT TO
SUPPLEMENTAL RULE C - 1

*Skagit Law Group, PLLC*
Post Office Box 336 / 227 Freeway Drive, Suite B
Mount Vernon, Washington 98273
Telephone: 360.336.1000 • Facsimile: 360.336.6690

C(3), and the Court having considered the records and files herein, and having concluded that the conditions for an action *in rem* appear to exist, now therefore it is

ORDERED that the Clerk is authorized to issue a Warrant for the arrest of the defendant vessel, the NORCOASTER, Official Number 563617, her engines, tackle, apparel, furniture, appurtenances and equipment.

DATED this 15th day of February, 2022.

*[signature]*
UNITED STATES DISTRICT JUDGE

Presented by:

By: s/Craig E. Cammock
Craig E. Cammock, WSBA #24185
Skagit Law Group, PLLC
227 Freeway Drive, Suite B
Mount Vernon, WA 98273
Telephone: (360)336-1000
Fax: (360)336-6690
Email: craig@skagitlaw.com
Attorneys for Plaintiff Peoples Bank

ORDER AUTHORIZING CLERK TO ISSUE A WARRANT FOR ARREST PURSUANT TO SUPPLEMENTAL RULE C - 2

Skagit Law Group, PLLC
Post Office Box 336 / 227 Freeway Drive, Suite B
Mount Vernon, Washington 98273
Telephone: 360.336.1000 • Facsimile: 360.336.6690